# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Albert Chancellor Costner, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00265-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 14, 2022 Order.

April 14, 2022

Frank G. Johns, Clerk
United States District Court